# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) CASE NO. 1:18-CV-2956 |
| | ) |
| **Plaintiff,** | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| | ) |
| **CASE WESTERN RESERVE** | ) **JUDGMENT ENTRY** |
| **UNIVERSITY,** *et al.*, | ) |
| | ) |
| **Defendants.** | |

For the reasons stated in the Minutes Order filed contemporaneously, and pursuant to Federal Rule of Civil Procedure 58, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**. The case is closed.

    **IT IS SO ORDERED.**

                                               */s/Dan Aaron Polster Jan. 3, 2019*
                                               **DAN AARON POLSTER**
                                               **UNITED STATES DISTRICT COURT**